IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TEXAS PATENT IMAGING, LLC | § § | |
| Plaintiff, | § § | Case No: 2:16-cv-00358-JRG |
| vs. | § § | LEAD CASE |
| LEICA CAMERA, INC. et al | § § | |
| Defendant. | § § § | |

## ORDER

On this day the Court considered the Unopposed Motion to Dismiss Leica Camera, Inc. and Leica Camera AG. It is therefore ORDERED that all claims by and between parties DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 24th day of October, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE